# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Nitetek Licensing LLC

DEFENDANTS
EVBox North America Inc.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Loaknauth Law, P.C.
1460 Broadway, New York, NY 10036
Tel: 212-641-0745

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S.C. 271, et seq.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]     Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*     NATURE OF SUIT

|  | TORTS |  | ACTIONS UNDER STATUTES |  |
|---|---|---|---|---|

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110   INSURANCE | [ ] 310 AIRPLANE | MEDICAL/ PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120   MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 376 QUI TAM |
| [ ] 130   MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER | 28 USC 157 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140   NEGOTIABLE INSTRUMENT | [ ] 320 ASSAULT, LIBEL & SLANDER | PRODUCT LIABILITY [ ] 368 ASBESTOS PERSONAL |  |  | [ ] 410 ANTITRUST |
| [ ] 150   RECOVERY OF OVERPAYMENT & | [ ] 330 FEDERAL EMPLOYERS' | INJURY PRODUCT LIABILITY | PROPERTY RIGHTS | | [ ] 430 BANKS & BANKING |
| ENFORCEMENT OF JUDGMENT | LIABILITY | PERSONAL PROPERTY | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 450 COMMERCE |
| [ ] 151   MEDICARE ACT | [ ] 340 MARINE | [ ] 370 OTHER FRAUD | [x] 830 PATENT | | [ ] 460 DEPORTATION |
| [ ] 152   RECOVERY OF DEFAULTED | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT |
| STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE [ ] 355 MOTOR VEHICLE |  | [ ] 840 TRADEMARK | | ORGANIZATION ACT (RICO) |
| [ ] 153   RECOVERY OF OVERPAYMENT | PRODUCT LIABILITY [ ] 360 OTHER PERSONAL | [ ] 380 OTHER PERSONAL | SOCIAL SECURITY | | [ ] 480 CONSUMER CREDIT |
| OF VETERAN'S BENEFITS | INJURY | PROPERTY DAMAGE [ ] 385 PROPERTY DAMAGE | [ ] 861 HIA (1395ff) [ ] 862 BLACK LUNG (923) | | [ ] 485 TELEPHONE CONSUMER PROTECTION ACT |
| [ ] 160   STOCKHOLDERS SUITS | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | PRODUCT LIABILITY | [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID TITLE XVI | | [ ] 490  CABLE/SATELLITE TV |
| [ ] 190   OTHER CONTRACT |  | PRISONER PETITIONS | [ ] 865 RSI (405(g)) | | [ ] 850 SECURITIES/ COMMODITIES/ |
| [ ] 195   CONTRACT PRODUCT | ACTIONS UNDER STATUTES | [ ] 463 ALIEN DETAINEE [ ] 510 MOTIONS TO | FEDERAL TAX SUITS | | EXCHANGE |
| LIABILITY | CIVIL RIGHTS | VACATE SENTENCE 28 USC 2255 | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 196 FRANCHISE | [ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 HABEAS CORPUS [ ] 535 DEATH PENALTY | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | | [ ] 891 AGRICULTURAL ACTS |
|  | [ ] 441 VOTING | [ ] 540 MANDAMUS & OTHER |  | | [ ] 893 ENVIRONMENTAL MATTERS |
| REAL PROPERTY | [ ] 442 EMPLOYMENT [ ] 443 HOUSING/ |  |  | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 210   LAND CONDEMNATION | ACCOMMODATIONS [ ] 445 AMERICANS WITH | PRISONER CIVIL RIGHTS | IMMIGRATION | | [ ] 896 ARBITRATION |
| [ ] 220   FORECLOSURE | DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS [ ] 555 PRISON CONDITION | [ ] 462 NATURALIZATION APPLICATION | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR |
| [ ] 230   RENT LEASE & EJECTMENT | [ ] 446  AMERICANS WITH DISABILITIES -OTHER | [ ] 560 PRISON DETAINEE CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION ACTIONS | | APPEAL OF AGENCY DECISION |
| [ ] 240   TORTS TO LAND | [ ] 448 EDUCATION |  |  | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245   TORT PRODUCT LIABILITY |  |  |  | | |
| [ ] 290   ALL OTHER REAL PROPERTY |  |  |  | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*

## ORIGIN

[x] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] a. all parties represented

[ ] b. At least one party is pro se.

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from (Specify District)

[ ] 6 Multidistrict Litigation (Transferred)

[ ] 7 Appeal to District Judge from Magistrate Judge

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*

## BASIS OF JURISDICTION

[ ] 1 U.S. PLAINTIFF

[ ] 2 U.S. DEFENDANT

[x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)

[ ] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [x] MANHATTAN

DATE 5/28/21

*Nicholas Loaknauth*
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 10 Yr. 2012 )
Attorney Bar Code # NL0880

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)