UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) NICHOLAS LOAKNAUTH ESQ
1460 BROADWAY NEW YORK, NY 10036 | PH: (212) 641-0745

Index Number: 1:21-cv-04738-RA
Date Filed: 05/26/2021

Nitetek Licensing LLC

Plaintiff

vs

EVBox North America Inc.

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Raed Ibrahim, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **6/15/2021**, at **12:26 PM** at **150 East 58th Street 22nd Floor, New York, NY 10155**, Deponent served the within **Summons in a Civil Action and Complaint for Patent Infringement**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **EVBox North America, Inc. c/o Corpag Registered Agents USA, Inc.**, Defendant therein named, (hereinafter referred to as "subject").

By delivering to and leaving with **Jen Melchert** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of Jen Melchert is as follows:

**Sex**: Female **Color of skin**: White **Color of hair:** Blonde **Age**: 21-35
**Height**: 5ft9in-6ft0in **Weight**: 161-200 Lbs. **Other** :

In addition, Glasses

Sworn to before me on June 16, 2021

Patricia Rothritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2113004

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771