# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Nitetek Licensing LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-04738-DLC |
| EVBox North America Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EVBox North America Inc.

Date: 07/06/2021

*[signature]*
*Attorney's signature*

Excylyn J. Hardin-Smith (EHS7780)
*Printed name and bar number*

Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
*Address*

hardin-smith@fr.com
*E-mail address*

(212) 765-5070
*Telephone number*

(212) 258-2291
*FAX number*