**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NITETEK LICENSING LLC,** | |
| **Plaintiff,** | **CASE NO. 1:21-cv-04738-DLC** |
| **v.** | **PATENT CASE** |
| **EVBOX NORTH AMERICA INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**EVBOX'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant EVBox North America Inc. ("EVBox") states that EVBox, a privately-owned New York corporation, and no public entity owns 10% or more of EVBox's shares.

Dated: July 6, 2021

FISH & RICHARDSON P.C.

By: */s/ Excylyn J. Hardin-Smith*
    Excylyn J. Hardin-Smith (EHS7780)
    hardin-smith@fr.com
    7 Times Square, 20th Floor
    New York, New York 10036
    Tel: (212) 765-5070
    Fax: (212) 258-2291

    Neil J. McNabnay
    Ricardo J. Bonilla
    Rodeen Talebi
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Facsimile)
    mcnabnay@fr.com
    rbonilla@fr.com
    talebi@fr.com

    **COUNSEL FOR DEFENDANT**
    **EVBOX NORTH AMERICA INC.**