# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVBOX NORTH AMERICA INC.,<br><br>Defendant. | CASE NO. 1:21-cv-04738-DLC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to S.D.N.Y. Local Rule 7.1, Defendant EVBox North America Inc. ("EVBox") respectfully moves this Court to dismiss Plaintiff Nitetek Licensing LLC.'s Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in EVBox's Memorandum of Law in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: July 6, 2021

                            **FISH & RICHARDSON P.C.**

By: */s/ Excylyn J. Hardin-Smith*
     Excylyn J. Hardin-Smith (EHS7780)
     hardin-smith@fr.com
     7 Times Square, 20th Floor
     New York, New York 10036
     Tel: (212) 765-5070
     Fax: (212) 258-2291

     Neil J. McNabnay (*pro hac vice* forthcoming)
     Ricardo J. Bonilla (*pro hac vice* forthcoming)
     Rodeen Talebi (*pro hac vice* forthcoming)
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)
     mcnabnay@fr.com
     rbonilla@fr.com
     talebi@fr.com

     **COUNSEL FOR DEFENDANT
     EVBOX NORTH AMERICA INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Excylyn J. Hardin-Smith*
Excylyn J. Hardin-Smith
