UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
NITETEK LICENSING LLC,                     :
                                           :
                    Plaintiff,             :    21cv4738 (DLC)
                                           :
          -v-                              :    ORDER
                                           :
EVBOX NORTH AMERICA INC.,                  :
                                           :
                    Defendant.             :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

On July 6, 2021, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P, and also asserted counterclaims against plaintiff. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 27, 2021**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **July 27, 2021**. Defendant's reply, if any, shall be filed by **August 10, 2021**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that plaintiff shall respond to the defendants' counterclaims by **August 3, 2021**.

Dated: New York, New York
July 7, 2021

_____
DENISE COTE
United States District Judge