**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------X
                                                       :
  BRIAN TOTIN,                                         :
                                                       :       CIVIL ACTION NO.:  21-CV-02991-GHW-KHP
                                                       :
                                                       :
                                Plaintiff,             :
                                                       :
         against                                       :
                                                       :
  BOND NEW YORK PROPERTIES LLC,                        :
  BOND NEW YORK PROPERTIES BROKERAGE LLC,:
  and BOND NEW YORK REAL ESTATE CORP.,                 :
                                                       :
                                Defendant.             :
                                                       :
                                                       X
-----------------------------------------------------
```

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/**(Defendant)** (circle one)
   Defendants did not post the allegedly infringing images. Rather, they were allegedly posted by non-party independent contractors. Thus, Defendants cannot be liable for direct or indirect infringement based on the acts of these non-parties. Plaintiff's Lanham Act claim fails because, among other defects, there is no likelihood of consumer confusion. The licensing value of the generic images-in-suit is also relevant to any damages inquiry.

2. **I understand my obligation to and am preserving relevant information.**

Plaintiff/**(Defendant)** (circle one)

3. **Proposed Schedule**

All discovery should be completed by   January 31, 2022

      a.    <u>Depositions</u>:  Depositions shall be completed by   December 17, 2021

      b.    Neither party may take more than   2   depositions.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

c. Initial Requests for Documents must be made by __August 9, 2021__.

d. Responses to Requests for Documents must be made by __30 days after service of demands__.

e. Documents from third-parties (such as doctors) **will**/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

__Non-party discovery may be required from the non-parties referenced in the Complaint, but not named in the action.__
_____
_____

f. Subpoenas requesting Documents from third-parties must be served by __October 15, 2021__. Documents obtained from third-parties must be provided to all parties in this matter.

g. There **will**/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify
__It is unclear whether expert testimony will definitely be necessary, but Defendants reserve the right to retain and disclose an expert regarding the value of the images-in-suit depending on the information learned through fact discovery.__

## 4. Early Settlement or Resolution

The parties **have**/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than __September 30, 2021__. The following information is needed before settlement can be discussed:
__Documents sufficient to show the licensing value of the images-in-suit. Plaintiff's evidence of likelihood of confusion in support of the Lanham Act claim.__
_____

## 5. Other Matters

Plaintiff(s)/**Defendant(s)** (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
__N/A__
_____
_____
_____

Respectfully submitted this  12th  day of    July   .

  Stephen Barrett, Esq., Wilson Elser

Name

  150 East 42d Street, NY, NY 10017

Address

  212-490-3000

Phone number

  stephen.barrett@wilsonelser.com

Email

  All Defendants

Party representing (if applicable)