**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------X
   BRIAN TOTIN                                        :
                                                      :   CIVIL ACTION NO.: 21-CV-2991 (GHW) (KHP)
                                                      :
                                   Plaintiff,         :
                                                      :
         against                                      :
                                                      :
   BOND NEW YORK PROPERTIES LLC,                      :
   BOND NEW YORK PROPERTIES                           :
   BROKERAGE LLC and BOND NEW YORK                    :
   REAL ESTATE CORP.,                                 :
                                   Defendant.         :
                                                      :
-----------------------------------------------------X
```

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   (**Plaintiff**) Defendant (circle one)
   Defendants infringed upon the copyright of 31 photographs authored and owned by the Plaintiff. Case and New York law establish the Defendants as the publisher of all advertisements published by their affiliated agents and assign liability to the Defendants for any copyright infringements contained in in those advertisements. The Defendants provided many, if not all, of the infringed upon photographs to their agents via a central database. Defendants violated the Lanham Act by placing a logo on some of the photographs while directly competing with Plaintiff.

2. **I understand my obligation to and am preserving relevant information.**

   (**Plaintiff**) Defendant (circle one)

3. **Proposed Schedule**

All discovery should be completed by __1/31/22_____

   a. <u>Depositions</u>: Depositions shall be completed by __12/17/21____

   b. Neither party may take more than __10____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

c. Initial Requests for Documents must be made by __8/9/21__.

d. Responses to Requests for Documents must be made by __9/9/21__.

e. Documents from third-parties (such as doctors (will)/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

   Non party discovery is requred from the agents referenced in the complaint.
   _____
   _____
   _____

f. Subpoenas requesting Documents from third-parties must be served by __10/15/21__. Documents obtained from third-parties must be provided to all parties in this matter.

g. There will/(will not) (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify
   _____
   _____
   _____

4. **Early Settlement or Resolution**

The parties (have)/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than __9/1/21__. The following information is needed before settlement can be discussed:
A) An electronic copy of the central photographic database Defendants' agents had access between April 2018 and November 2018; B) Independent contractor agreements, employment contracts etc. between Defendants and the Defendants' agents referenced in the complaint; C) Records that show the commission(s) earned by Defendants for the properties the photographs are the subject matter of; and D) Defendant's policy manuals related to its policies on advertising.

5. **Other Matters**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
   n/a
   _____
   _____
   _____
   _____

Respectfully submitted this  15th day of  July, 2021.

Brian Totin
Name

PO Box 230581, New York, NY 10023
Address

917-881-1830
Phone number

brian@briantotin.com
Email

_____

Party representing (if applicable)