UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>    Plaintiff,<br><br>- against –<br><br>BOND NEW YORK PROPERTIES LLC, BOND NEW YORK PROPERTIES BROKERAGE LLC, and BOND NEW YORK REAL ESTATE CORP.,<br><br>    Defendants. | Civil Action No. 21-cv-02991<br><br>**NOTICE OF APPEARANCE** |

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as lead and notice counsel in this case for:

1. Brian Totin

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 25, 2021

                                              Respectfully Submitted,
                                              **Loaknauth Law, P.C.**
                                              */s/ Nicholas Loaknauth*
                                              Nicholas Loaknauth (NL0880)
                                              *Attorney for Plaintiff BRIAN TOTIN*
                                              1460 Broadway
                                              New York, NY 10036
                                              Tel: (212) 641-0745
                                              Email: nick@loaknauthlaw.com