IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**EVBOX NORTH AMERICA INC.,**<br><br>   **Defendant.** | **CASE NO. 1:21-cv-04738-DLC**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF NEIL J. MCNABNAY

I, Neil J. McNabnay, state under penalty of perjury as follows:

1. I am counsel for Defendant EVBox North America, Inc. in the above-referenced action.

2. I am an attorney admitted to practice law in the State of Texas. I am an associate at the law firm of Fish & Richardson P.C.

3. I am above the age of eighteen, and I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I would testify competently.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. Attached hereto is a certificate of my good standing issued by the Texas Supreme Court issued within 30 days of today.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2021

_____
Neil J. McNabnay