UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NITETEK LICENSING LLC                          ,      :          1:21   CIV  4738    ( DLC )
:
Plaintiff,                         :
:      **ORDER FOR ADMISSION**
- against -                         :      **PRO HAC VICE**
:
EVBOX NORTH AMERICA INC.          ,      :
:
Defendant.                         :
:
-----------------------------------------------------------x

The motion of Neil J. McNabnay, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Texas; and that his/her contact information is as follows

Applicant's Name: Neil J. McNabnay
Firm Name: Fish & Richardson P.C.
Address: 1717 Main Street, Suite 5000
City/State/Zip: Dallas, Texas 75201
Telephone/Fax: 214-747-5070

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for EVBOX NORTH AMERICA INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
United States District / Magistrate Judge