

Gawthrop Greenwood, PC
*Attorneys at Law*

**David W. deBruin**
302-777-5353 ext. 227
302-777-5299 fax
ddebruin@gawthrop.com

August 13, 2021

**BY CM/ECF & FIRST-CLASS MAIL**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St., Room 1910
New York, NY 10007-1312

Re:   *Nitetek Licensing LLC v. EVBox North America Inc.,* C.A. No: 1:21-cv-04738-DLC

Dear Judge Cote:

    Your Honor's Order of August 4, 2021 [D.I. 18] was clear. Unfortunately, I was unable to comply with the Order in certain respects within the allotted amount of time. For example, the motion to be admitted *pro hac vice* requires a certificate of good standing from the other courts in which I am admitted. I had to order new official certificates because they need to be from within the last thirty (30) days. But for that requirement, that motion would have been filed immediately.

    Plaintiff Nitetek Licensing LLC ("Plaintiff") and Defendant EvBox North America, Inc. ("Defendant") have reached an agreement in principle to resolve all claims asserted and will soon be in the process of exchanging documentation relating to a settlement agreement. Those communications were unintentionally slowed by vacation schedules of people other myself. As part of the agreement in principle and contemplated dismissal, a joint stipulation to stay all deadlines is to be filed in order to respectfully request that the Court stay all deadlines while the parties finalize their settlement agreement.

    Counsel are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/David W. deBruin
    David W. deBruin

cc:   Counsel of Record (by CM/ECF)