UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EVBox North America Inc., et al.<br><br>        Defendants. | No. 1:21-cv-04738-DLC<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, an attorney authorized to practice with this court, hereby appears as counsel for Plaintiff Nitetek Licensing LLC.

    Dated: August 18, 2021

                                                    **SIMMONS HANLY CONROY**

                                                    */s/ James M. Kramer*
                                                    James M. Kramer, Esq. (JK9463)
                                                    112 Madison Avenue, 7th Floor
                                                    New York, New York 10016

                                                    *Attorneys for the Plaintiff*