**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NITETEK LICENSING LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:21-cv-04738-DLC |
| | : | |
| EVBOX NORTH AMERICA INC., | : | **JOINT STIPULATION TO STAY** |
| | : | **ALL DEADLINES NUNC PRO TUNC** |
| Defendant. | : | **PENDING DISMISSAL** |
| | : | |

### JOINT STIPULATION TO STAY ALL DEADLINES
### NUNC PRO TUNC PENDING DISMISSAL

Plaintiff Nitetek Licensing LLC and Defendant EvBox North America, Inc., by and

through their undersigned counsel, hereby agree, subject to the Court's approval, to stay all

deadlines nunc pro tunc in connection with the above-captioned lawsuit. The parties have

reached an agreement in principle to resolve all claims asserted and are in the process of

exchanging documentation relating to a settlement agreement. In light of their agreement in

principle and contemplated dismissal, the parties respectfully request that the Court stay all

deadlines nunc pro tunc for thirty (30) days while the parties finalize their settlement agreement.

Respectfully submitted,

Dated: August 18, 2021          By: __/s/_____

Simmons Hanly Conroy
James M. Kramer
SDNY Bar No. JK9463
112 Madison Avenue, 7th Floor
New York, New York 10016-7416
Telephone: (212) 257-8482
Facsimile: (212) 213-5949
Email: jkramer@simmonsfirm.com

1

2

_/s/_____

Fish & Richardson
Excylyn Hardin-Smith
SDNY Bar No. EHS7780
7 Times Square, 20th Floor
New York, NY  10036
Telephone: (212)-641-2239
hardin-smith@fr.com