```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
NITETEK LICENSING LLC,               :
                                     :
                    Plaintiff,       :     21cv4738 (DLC)
                                     :
          -v-                        :     ORDER OF
                                     :     DISCONTINUANCE
EVBOX NORTH AMERICA INC.,            :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 20, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that attorney David deBruin shall complete the necessary preconditions for pro hac vice admission in this case and apply for pro hac vice admission when those

steps are complete.

Dated:  New York, New York
        August 19, 2021

                                      _____
                                              DENISE COTE
                                      United States District Judge