**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NITETEK LICENSING LLC,           :
              Plaintiff,           :
                          :
           v.           :     CIVIL ACTION NO. 1:21-CV-04738 DLC
                          :
EVBOX NORTH AMERICA INC.,           :     **MOTION FOR ADMISSION**
                          :
             Defendant.           :     **PRO HAC VICE**
                          :

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, David W. deBruin, Esquire hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Nitetek Licensing LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Delaware, Pennsylvania and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 9/9/21

Respectfully Submitted,

Applicant Signature
Applicant's Name: David W. deBuin
David W. deBruin, Esq. (#4846)
Firm Name: GAWTHROP GREENWOOD, PC
Address: 3711 Kennett Pike, Suite 100
City/State/Zip: Wilmington, DE 19807
Telephone: (302) 777-5353
Email: ddebruin@gawthrop.com