UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| NITETEK LICENSING LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:21-cv-04738 DLC |
| | : | |
| EVBOX NORTH AMERICA INC., | : | **ORDER FOR ADMISSION** |
| | : | |
| Defendant. | : | **PRO HAC VICE** |
| | : | |

The motion of David W. deBruin, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Delaware, Pennsylvania and New Jersey; and that his contact information is as follows:

Applicant's Name: <u>David W. deBruin</u>
Firm Name: <u>Gawthrop Greenwood PC</u>
Address: <u>3711 Kennett Pike, Suite 100</u>
City/State/Zip: <u>Wilmington, DE  19807</u>
Telephone/Fax: <u>302-777-5353 / 302-777-5299</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nitetek Licensing LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                                                    United States District/Magistrate Judge