UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NITETEK LICENSING LLC,<br>    Plaintiff,<br><br>v.<br><br>EVBOX NORTH AMERICA INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-cv-02773 (LJL) |

## AFFIDAVIT

Pursuant to Local Rule 1.3, I, David W. deBruin, Esquire, being duly sworn, hereby deposes and say that I have never been convicted of a felony. I am admitted, practicing and in good standing as a member of the Bars of Delaware, New Jersey and Pennsylvania. I have not been censured, suspended or disbarred and am not the object of any pending disciplinary proceedings in any jurisdiction where the applicant has been admitted generally, *pro hac vice*, or any other way.

I further state that the payment for the *pro hac vice* application in the amount of Two Hundred Dollars ($200.00) has been paid to the Clerk of Court.

Date: 9/9/21

David W. deBruin, Esquire (DE ID 4846)
Gawthrop Greenwood P.C.
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

SWORN TO AND SUBSCRIBED before me the day, month and year aforesaid.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Catherine E. O'Donnell, Notary Public
Chester County
My commission expires December 6, 2022
Commission number 1342243
Member, Pennsylvania Association of Notaries