

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*David Walter deBruin, Esq.*

**DATE OF ADMISSION**

*November 12, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  August 11, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary