## SUPREME COURT OF THE STATE OF DELAWARE

CERTIFICATE OF GOOD STANDING

The Chief Deputy Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **David W. deBruin** was admitted to practice as an attorney in the Courts of this State on **December 15, 2006** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 9TH day of August 2021.



Doris J. Adkins
Chief Deputy Clerk of the
Supreme Court

